

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00629-CR

Ismael **CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5658
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 19, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice